In the Matter of MADELINE ACOSTA, Respondent, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Appellants.

Submitted June 1, 2010; decided June 3, 2010

Motion by the Legal Aid Society et al. to join as amici curiae in the brief to be filed by Community Service Society et al. granted.

In the Matter of MADELINE ACOSTA, Respondent, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Appellants.

Submitted May 24, 2010; decided June 3, 2010

Motion by Senators Neil D. Breslin et al. to join as amici curiae in the brief to be filed by Senator Bill Perkins granted.

MARK BARANEK, Appellant, v KARIN BARANEK, Respondent.

Submitted February 16, 2010; decided June 3, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

CARLOS DUQUE, Appellant, v PACE UNIVERSITY, Respondent and Third-Party Plaintiff-Respondent. ISS INTERNATIONAL SERVICES SYSTEMS, INC., Third-Party Defendant-Respondent.

Submitted March 29, 2010; decided June 3, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

LINDSAY GROBMAN, Respondent, v RHONDA CHERNOFF et al., Defendants, and RHONDA GLOBMAN et al., Appellants.

Submitted May 10, 2010; decided June 3, 2010

Motion to supplement the record on appeal granted.